# Order

Michigan Supreme Court
Lansing, Michigan

June 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

152834

DIANNA BROOKS,
        Plaintiff-Appellee,

and

SYNERGY SPINE AND ORTHOPEDIC
SURGERY, L.L.C.,
        Intervening Plaintiff,

v

STARR INDEMNITY & LIABILITY
COMPANY,
        Defendant/Third-Party
        Plaintiff-Appellee,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant/Third-Party
        Defendant-Appellee,

and

PV HOLDING CORPORATION,
        Defendant/Third-Party
        Defendant-Appellant.
_____/

SC: 152834
COA: 322024
Wayne CC: 13-001066-NF

      By order of May 25, 2016, the application for leave to appeal the November 10, 2015 judgment of the Court of Appeals was held in abeyance pending the decision in *Perkovic v Zurich American Ins Co* (Docket No. 152484). On order of the Court, the case having been decided on April 14, 2017, ___ Mich ___ (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a0619

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



Clerk